AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
2/19/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI   DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
02/19/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KL   DEPUTY

United States of America

v.

JUAN MIRANDA ORTIZ,

Defendant.

Case No. 2:25-mj-00850-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, Casey Sauceda, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of September 21, 2021, in the county of Santa Barbara in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ (with email authorization)
Complainant's signature

Casey R. Sauceda, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: February 19, 2025

*Alicia G. Rosenberg*
Judge's signature

City and state: Santa Barbara, California

Hon. Alicia G. Rosenberg, U.S. Magistrate Judge
Printed name and title

AUSA: Lauren E. Border (213) 894-8231

**AFFIDAVIT**

I, Casey Sauceda, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Juan Miranda Ortiz ("defendant") charging him with violating Title 8, United States Code, Section 1326(a), Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF Deportation Officer Casey Sauceda

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since July 2021. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about September 21, 2021, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that defendant was in the custody of the Santa Barbara Police Department ("SBPD"). I know from my training and experience that when PERC receives an electronic notification based on biometric fingerprint information, it means that the fingerprints collected from the subject in local custody match the fingerprints contained for that subject in DHS databases. As such, I believe that defendant is the person who is the subject of the entries in the DHS "A-File," as discussed below.

5. On or about February 16, 2025, I also reviewed the Immigration Alien Query (IAQ) electronic notification associated with Juan Miranda Ortiz's September 21, 2021 arrest, and saw that the Fingerprint Identification Number (FIN) associated with the IAQ was 1127420400. I thus confirmed that the individual arrested on September 21, 2021, was Juan Miranda Ortiz, a previously deported illegal alien.

6. On or about September 21, 2021, the PERC referred Juan Miranda Ortiz to Criminal Alien Program Unit for further review. Juan Miranda Ortiz is not currently in custody with SBPD.

7. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating

to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

  8. On or about February 16, 2025, I obtained and reviewed DHS A-File A 200-244-960 (the "DHS A-File"), which is maintained for the subject alien "Juan Miranda Ortiz."  The DHS A-File contained the following documents and information:

    a. Two executed Warrant of Removal/Deportation (Form I-205) indicating that defendant was officially removed from the United States on or about January 11, 2012, and May 20, 2015.  I know from my training and experience that a Warrant of Removal is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint.  The executed Warrant of Removal/Deportation in defendant's DHS A-File contained his photograph, signature, and fingerprint.

    b. Various documents, in addition to the Warrant of Removal/Deportation, indicating that defendant is a native and citizen of Mexico.  These documents included an Order of the Immigration Judge, dated January 9, 2012, ordering defendant removed to Mexico.

  9. On or about February 16, 2025, I reviewed the printouts of ICE computer indices on defendant.  Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported or excluded from the United States by ICE, was deported or excluded by the former INS, or is granted permission to enter or re-enter the

United States.  The ICE computer indices confirmed that defendant had been removed, deported, and/or excluded on the dates indicated on the Warrants of Removal/Deportation, found in defendant's DHS A-File.  The ICE computer indices further indicated that defendant had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.

  10.  Based on my review of defendant's DHS A-File, I determined that it does not contain any record of his ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.  Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in defendant's DHS A-File.

/ / /

/ / /

/ / /

## IV. <u>CONCLUSION</u>

11.  For all the reasons described above, there is probable cause to believe that defendant has committed a violation of Title 8, United States Code, Section 1326(a), Illegal Alien Found in the United States Following Deportation.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this <u>19th</u> day of
February 2025.

*Alicia G. Rosenberg*
_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE