| | |
|---|---|
| **NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)**<br>JOSEPH T. MCNALLY, Acting United States Attorney<br>JENNA W. LONG, Asst. United States Attorney (SBN 332192)<br>312 North Spring Street, 15th flr.<br>Los Angeles, California 90012<br>Telephone: (213) 894-8692 / jenna.long@usdoj.gov | FILED<br><br>2025 FEB 27 PM 1:22<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY: mmc |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             PLAINTIFF<br>                 v.<br>JUAN MIRANDA ORTIZ<br><br>                             DEFENDANT. | CASE NUMBER<br><br>2:25-MJ-850<br><br>**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☒ plaintiff ☐ defendant <u>United States</u>
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☒ Magistrate Judge <u>Charles F. Eick</u> _____ by order dated: <u>2/24/2025</u>

- ☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
- ☒ ordering release upon certain conditions, or
- ☒ denying detention.

- ☐ A hearing is being sought before Magistrate Judge _____ as there is new information to be presented that was not considered by the previous judicial officer; or

- ☒ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Defendant be detained pending trial pursuant to 18 U.S.C. § 3142(e).

Counsel for the defendant and plaintiff United States Government consulted on <u>2/25/2025</u>
and opposing counsel declines to stipulate to an order providing the relief sought.

☒  Telephonic notice given to  ☐ AUSA  ☒ Defendant's Counsel  ☐ PSA  ☐ Interpreter  ☐ USM  ☐ Probation
on <u>2/25/2025</u>.

An interpreter is  ☒ required  ☐ not required.  Language <u>Spanish</u>
Defendant is  ☐ in custody  ☒ not in custody.

| | |
|---|---|
| 2/27/2025<br>Date | Jenna W. Long (AUSA)<br>Moving Party |