Name & Address:

> **FILED**
> CLERK, U.S. DISTRICT COURT
>
> 02/28/25
>
> CENTRAL DISTRICT OF CALIFORNIA
> BY:____WH____DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br>PLAINTIFF<br><br>JUAN MIRANDA ORTIZ<br><br>DEFENDANT. | CASE NUMBER<br><br>2:25-MJ-850-DUTY<br><br>**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☑ District Judge _Monica Ramirez Almadani_

☐ Magistrate Judge _____

on _03/06/25_____ at _11:00_____ ☑ a.m. ☐ p.m.

in courtroom _10B_____.

☐ is not approved.

☐ Other: _____

An interpreter is ☑ required ☐ is not required. Language _SPANISH_____

Defendant is ☐ in custody ☐ not in custody.

Clerk, U. S. District Court

| | | |
|---|---|---|
| _02/28/25_____ | Wendy Hernandez for Gabby Garcia | _MRA_Chambers@cacd.uscourts.gov_ |
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☑ Probation  ☑ Interpreter's Office  ☑ PSA.

NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A (10/09)