# United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 9693563

**Passport Receipt**

FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

Defendant Name: Juan Miranda Ortiz

Name on passport, if different: Juan Enrique Miranda Ortiz

Country of Origin: Mexico

Ordered by court in the Central District of California

Docket Number: 2:25CR00850M-1

U.S. Probation & Pretrial Services
Los Angeles

Juan Ortiz
Surrendered By

2-28-2025
Date

Diangela Palacio
Received By

2-28-2025
Date

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)