FILED

2025 FEB 27 PM 1:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: mmc

JOSEPH T. MCNALLY
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
JENNA W. LONG (Cal. Bar No. 332192)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8692
     Facsimile: (213) 894-2927
     E-mail:    Jenna.Long@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>JUAN MIRANDA ORTIZ,<br><br>            Defendant. | No. 2:25-MJ-850-DUTY<br><br>GOVERNMENT'S APPLICATION FOR REVIEW OF ORDER SETTING CONDITIONS OF RELEASE (18 U.S.C. § 3145) |

     Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District

//

//

1  of California and Assistant United States Attorney Jenna W. Long,
2  hereby files the attached Certificate of Service
3  Dated: February 27, 2025         Respectfully submitted,
4                                   JOSEPH T. MCNALLY
                                    United States Attorney
5
                                    DAVID T. RYAN
6                                   Assistant United States Attorney
                                    Chief, National Security Division
7

8                                         /s/ Jenna W. Long
                                    JENNA W. LONG
9                                   Assistant United States Attorney

10                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I, Jenna W. Long, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action; that I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, who emailed the service described in this Certificate; that on February 27, 2025, I emailed defense counsel in above-titled action -- Deputy Federal Public Defender Howard Schneider -- an electronic copy of:

(1) **the notice of appearance of Jenna W. Long; (2) an application for review of a Magistrate Judge's Setting of Release Conditions dated February 27, 2025; and**

**(3) an accompanying Memorandum of Law**

and that service was by email to defense counsel's email address (at his email address (howard_shneider@fd.org).

This Certificate is executed on February 27, 2025, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

JENNA W. LONG
Assistant United States Attorney